USDC SCAN INDEX SHEET

















```
TKL    6/28/06    10:30
3:99-CR-01514   USA V. HALL
*64*
*CRO.*
```

```
                                              FILED
                                          06 JUN 27 PM 1:34
                                       CLERK, U.S. DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA

                                       BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>GORDON LEROY HALL,<br><br>　　　　　　　　　　Defendant. | CASE NO. 99cr1514 JM<br><br>ORDER RETURNING DOCUMENT TO DEFENDANT |

On or about June 21, 2006 the court received from Defendant an Ex Parte Notice and Moving this Court For Settlement and Closure of this Account ("Notice"). Defendant submits a bid bond with any explanation of the relevancy of the bid bond to his case. As the Notice does not appear to relate to any cognizable issue in the case, the court is returning the Notice to Defendant. The Clerk of Court is instructed to return the Notice to Defendant.

**IT IS SO ORDERED.**

DATED: __6/27__, 2006

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JEFFREY T. MILLER
　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　All parties

- 1 -

99cr1514