USDC SCAN INDEX SHEET










TKL    7/25/06    9:25

3:99-CR-01514   USA V. HALL

*66*

*CRO.*

FILED

06 JUL 24 AM 7:58

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDC   DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NO. 99cr1514 JM |
|---|---|
| Plaintiff, | ORDER RETURNING EX PARTE COMMUNICATION |
| vs. | |
| GORDON LEROY HALL | |
| Defendant. | |

The court is returning correspondence received from Defendant dated June 26, 2006. It is inappropriate for any party to send correspondence directly to the court. Pursuant to Civil Local Rule 83.9, a party to any case may not maintain ex parte communications with the court by writing letters to the judge. "All matters to be called to a judge's attention should be formally submitted" by means of an appropriate motion. L.R. 83.9. In sum, the court is returning the correspondence to Defendant.

IT IS SO ORDERED.

DATED: 7/20 ,2006

JEFFREY T. MILLER
United States District Judge

cc:  All parties

99cr1514