USDC SCAN INDEX SHEET










VET    7/25/06    10:46
3:99-CR-01514   USA V. HALL
*67*
*CRDODEN.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
06 JUL 24 AM 8: 12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

*This space for Clerk's Office File Stamp*

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Miller
FROM: D. Kaufman, Deputy Clerk    RECEIVED DATE: PDU 7/17/06
CASE NO.: 99cr1514-JM    DOCUMENT FILED BY: Gordon-LeRoy Hall
CASE TITLE: USA v. Hall
DOCUMENT ENTITLED: Affidavit

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| ☒ |  | OTHER: Case is terminated. |

Date forwarded: 7/18/06

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: JEFFREY T. MILLER

Dated: 7/19/06    By: [signature]
cc: All Parties

67 vet

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Gordon-LeRoy: Hall
c/o FCI Terminal Island
1299 Seaside Avenue
San Pedro, CA [90731]

**REJECTED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., Gordon LeRoy Hall, in esse One of the people of the state of California, united States of America, | Incorporated Escrow Account/Case Number: 99 CR 01514 JM |
| Petitioner, | AFFIDAVIT OF |
| vs. | NON CORPORATE STATUS |
| Gregory A. Vega, in esse d/b/a Acting UNITED STATES ATTORNEY and for the UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA Representing the UNITED STATES OF AMERICA, | (Gordon-LeRoy: Hall, in esse) |
| The Real Person of the Clerk, in esse d/b/a CLERK OF THE COURT, SOUTHERN DISTRICT OF CALIFORNIA, | |
| Stephen P. Clark, in esse d/b/a ASSISTANT UNITED STATES ATTORNEY, for the COURT, and all Magistrates, in esse, Participating in Equity causes of action, | |
| Respondent(s). | |

AFFIDAVIT OF NON CORPORATE STATUS

Affiant Gordon-LeRoy: Hall, being of sound mind and competent to make this affidavit with personal knowledge of the information and facts contained herein, in attesting to said facts in his authorized capacity;

1. That Affiant is not a corporation created under the laws of the United States or any state of the Union States, the District of Columbia, or any territory, commonwealth or possession of the United States or a foreign state or country, public or private.



Case 3:99-cr-01514-JM   Document 67   Filed 07/24/06   Page 4 of 5

Gordon-LeRoy: Hall
c/o FCI Terminal Island
1299 Seaside Avenue
San Pedro, CA 90731

**REJECTED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., Gordon LeRoy Hall, in esse One of the people of the state of California, united States of America, | Incorporated Escrow Account/Case Number: 99 CR 01514 JM |
| Petitioner, | MEMORANDUM OF LAW AND |
| vs. | POINTS OF AUTHORITY |
| Gregory A. Vega, in esse d/b/a Acting UNITED STATES ATTORNEY and for the UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, Representing the UNITED STATES OF AMERICA, | IN SUPPORT OF AFFIDAVIT OF NON CORPORATE STATUS |
| The Real Person of the Clerk, in esse d/b/a CLERK OF THE COURT, SOUTHERN DISTRICT OF CALIFORNIA, | |
| Stephen P. Clark, in esse d/b/a ASSISTANT UNITED STATES ATTORNEY, for the COURT, and all Magistrates, in esse, Participating in Equity causes of action, | |
| Respondent(s). | |

1.  Federal Rule of Civil procedure, Rule 52, "Findings of the Court; Judgment on Partial Findings," applies in Civil and Criminal actions with equal force and effect because a federal "criminal" action is always civil in nature. SEE Title 28 U.S.C., Section(s) 1331, 1332. No Civil or criminal cause of action can arise lest there be a contract. SEE ERIE RAIL CO. v.

Gordon-LeRoy: Hall
c/o FCI Terminal Island
1299 Seaside Avenue
San Pedro, CA 90731

**REJECTED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>Gordon LeRoy Hall, in esse<br>One of the people if the state of Oregon,<br>California, united States of America,<br><br>           Petitioner,<br><br>vs.<br><br>Gregory A. Vega, in esse,<br>d/b/a Acting UNITED STATES ATTORNEY, in<br>and for the UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA,<br>Representing the UNITED STATES OF AMERICA,<br><br>The Real Person of the Clerk, in esse,<br>d/b/a CLERK OF THE COURT,<br>SOUTHERN DISTRICT OF CALIFORNIA,<br><br>Stephen P/ Clark, in esse<br>d/b/a ASSISTANT UNITED STATES<br>ATTORNEY, for the COURT and all<br>Magistrates, in esse, Participating in Equity<br>causes of action,<br><br>           Respondent(s). | Incorporated Escrow Account/Case<br>Number: 99 CR 01514 JM<br><br><br><br><br><br>AFFIDAVIT OF DENIAL<br><br>OF CORPORATE EXISTENCE<br><br>(by Gordon-LeRoy: Hall) |

AFFIDAVIT OF DENIAL OF CORPORATE EXISTENCE

State of California    )
                              ) SCILICET
County of Los Angeles  )

   I, Gordon-LeRoy: Hall, hereinafter, I, a living breathing man, declare in writing that the following facts are true and correct to the best of my knowledge and belief: