# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
2006 SEP -6 PM 2:46
CLERK US Miller
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

*This space for Clerk's Office File Stamp*

TO: ✓ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE
FROM: P. Dela Cruz, Deputy Clerk    RECEIVED DATE: August 18, 2006
CASE NO.: 99cr1514    DOCUMENT FILED BY: Hall
CASE TITLE: USA vs. Hall, et al.
DOCUMENT ENTITLED: Payment of Restitution Letter

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| ✓ |  | OTHER: Case Termed |

Date forwarded: August 22, 2006

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: JEFFREY T. MILLER

Dated: 9/1/06    By: _____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Gordon-LeRoy: Hall
c/o Reg. No. 41280-054
FCI Terminal Island
1299 Seaside Avenue
San Pedro, CA 90731

CERTIFIED MAIL # 7006 0100 0006 1858 6554
RETURN RECEIPT REQUESTED

August 15, 2006

Mary C. Lundberg, Chief
Financial Litigation Unit
United States District Court
Southern District of California
880 Front Street
San Diego, California 92101

RE:  PAYMENT OF RESTITUTION/REDEMPTION OF PENAL BONDS
     PAYMENT AND CLOSURE OF THE ACCOUNT/ESCROW AND/OR
     PROVISO OF INFORMATION FOR UNDISCLOSED TAXABLE EVENT



Dear Sir or Madam:

I am of the understanding that you are the party responsible for accepting payment on the Order of Restitution in relation to Case/Account Number: UNITED STATES OF AMERICA v. GORDON LeROY HALL, 99 CR 1514 JM.

I am in need of information related to the "complete satisfaction and closure of the above account" listed. This information encompasses more than the amount required to fully satisfy the court imposed restitution. In understanding the requirement of payment for the debt owed, this writing is made in concert with UCC 3-603(b) whereby refusal of acceptance of offer to pay this obligation "discharges the debt" in its entirety. I am NOW TENDERING THE AMOUNT REQUIRED, OFFERING FULL PAYMENT AND SATISFACTION as prescribed herein below.

I am aware that there exist "Bonds" issued in this criminal case which are known to you as "penal bonds" consisting of a series of 3 or 6 bonds all having an OMB Number 9000-0045. These referenced bonds have been created without my knowledge and/or permission, yet they receive their commercial energy from me as a living soul, Sovereign.

I have provided the Court with motions intended to require the production of these bonds, but, all parties remain silent. Including the court's refusal to accept documents relating to my status and direct challenges to jurisdiction. Accordingly, I have noticed the parties: The Judge, the Clerk of the Court, the United States Attorney, and the Assistant US Attorney acting as Prosecutor in this matter. Of late, I have even served certified "Hailing" upon the parties related to the information provided herein. That July 26, 2006 "Notice" was made with respect to my required personal tax filings, with my intent to notify the appropriate authorities of a "willful failure to file" should proper actions not be taken as mandated by law.