# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON HALL,<br><br>　　　　　　　Petitioner/Defendant,<br>　vs.<br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Respondent/Plaintiff. | CASE NO. 99cr1514 JM<br><br>ORDER DENYING MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT |

On or about May 28, 2008 the court received from Defendant Gordon Hall a document entitled "Praecipe to Clerk of Court Entry of Default" and on June 2, 2008 a document entitled "Motion for Default Judgment." In essence, the documents seek to terminate Defendant's supervised release in this case. As there appears to be no legal basis for entry of default or default judgment in a criminal case to terminate supervised release (and an order of restitution), the court denies both motions in their entirety.

**IT IS SO ORDERED.**

DATED: June 4, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties

- 1 -　　　　　　　　　　　　　　　　　　　99cr1514