# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 99cr1514 JM |
|---|---|
| Plaintiff, | ORDER DENYING FILINGS OF JUNE 19, JUNE 20, JUNE 24, JUNE 25, JUNE 26 (THREE FILINGS), JUNE 27, JULY 1 (TWO FILINGS), JULY 8, JULY 9, AND JULY 10, 2008 |
| vs. | |
| GORDON HALL, | |
| Defendant. | |

This order addresses Defendant's most recent filings of June 19, June 20, June 24, June 25, June 26 (three filings), June 27, July 1 (two filings), July 8, July 9, and July 10, 2008. As with previously filed and rejected filings, the documents seek to terminate or alter Defendants' supervised release. As there appears to be no legal or factual basis for the relief requested (and Defendant is currently in custody for violation of the terms and conditions of supervised release), all motions are denied. Federal Rule of Criminal Procedure 32.1 provides the means for modifying supervised release.

**IT IS SO ORDERED.**

DATED: July 14, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties